UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY HAROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:22-cv-00459 ) |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff's Application to Proceed in Forma Pauperis (Doc. No. 5) is **GRANTED.**

This action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(B), and to conduct further proceedings, if necessary, under Rule 72(b), Fed.R.Civ.P., and the Local Rules of Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE