UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY HAROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cv-00459 |
| FRANK BISIGNANO, *Commissioner of Social Security Administration*, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On September 30, 2025, the Magistrate Judge issued a one-page Report and Recommendation ("R&R") (Doc. No. 20) recommending that the Court grant Mary Harown's unopposed motion to dismiss (Doc. No. 19) and dismiss this case without prejudice. Given that Defendant "does not oppose" Harown's motion to dismiss her lawsuit, (id. ¶ 7), the Court sees no reason to wait fourteen days for Defendant to file objections to the R&R. See LR 7.01(b). Accordingly, the R&R (Doc. No. 20) is **APPROVED AND ADOPTED**; Harown's Motion to Dismiss (Doc. No. 19) is **GRANTED**; and this case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order. The Clerk of the Court shall enter a final judgment and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE